# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2024 KW 0005

VERSUS

ANTHONY YOUNG, JR.                                    **MARCH 13, 2024**

---

In Re:    Anthony Young, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 23-WCR-517.

---

**BEFORE:    GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the "Writ of Judicial Review Pursuant to the Constitution of the State of Louisiana of 1974 Article I, Declaration of Rights Section 19," the State's response, if any, the bill of information, all pertinent district court minutes, and any other portion of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT